## BAE SYSTEMS INFORMATION & ELECTRONIC SYSTEMS INTE-GRATION, INC. (formerly Lockheed Martin IR Imaging Systems, Inc. and Loral Infrared and Imaging Systems, Inc.), Appellant,

v.

## Donald H. RUMSFELD, Secretary of Defense, Appellee.

### No. 03–1462.

United States Court of Appeals, Federal Circuit.

March 17, 2004.

Karen L. Manos, Gregory S. Seador, Howrey Simon, of Counsel, Washington, DC, for Amicus Curiae.

Carter G. Phillips, Principal Attorney, Howard J. Stanislawski, Joseph R. Palmore, Sidley, Austin, of Counsel, Washington, DC, for Appellant.

C. Coleman Bird, Principal Attorney, David M. Cohen, Department of Justice, of Counsel, Washington, DC, for Appellee.

## ORDER

Upon consideration of the joint motion to dismiss this appeal, due to settlement,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.